MILDRED WHITE *vs.* HORACE G. WESTON.

Norfolk. March 22, 1919. — March 31, 1919.

Present: RUGG, C. J. BRALEY, DE COURCY, & CROSBY, JJ.

*Practice, Civil,* Exceptions.

Where there is evidence warranting a verdict for the plaintiff, an exception by the defendant to a refusal by the judge to order a verdict for the defendant must be overruled.

CONTRACT for breach of a contract to marry. Writ dated February 24, 1917.

In the Superior Court the action was tried before *McLaughlin,* J. There was a verdict for the plaintiff in the sum of $5,000, and, by agreement of the parties, the judge, "because through inadvertence the defendant failed seasonably to file his exceptions," reported the case for determination by this court.

The case was submitted on briefs.

*D. J. Daley,* for the defendant.

*H. H. Pratt, J. B. Newhall & S. A. G. Cox,* for the plaintiff.

BY THE COURT. This is an action to recover damages for alleged breach of promise to marry. The only question presented is

whether there was error in refusing to direct a verdict for the defendant. The evidence was ample to support a verdict for the plaintiff.

*Judgment for the plaintiff on the verdict.*